# ATTACHMENT A

# TERMINATION NOTICE DATED JULY 31, 2012

one laptop per child

July 31, 2012

*VIA EMAIL*

Satish Jha
Satish@laptop.org

Dear Satish,

On July 20, 2012, I sent you an email requesting that you call me to discuss the current situation in India. You failed to call me as per my request. In March, you visited Miami to discuss the One Laptop per Child ("OLPC") initiative in India. In these meetings, we agreed to a clear plan in which you had 90 days to produce immediate results in India. Now, more than 120 days later, you have not fulfilled this agreement. In March, we agreed that a failure to perform would result in a shutdown of the OLPC project in India. As per our agreement, this letter serves to confirm the termination of the OLPC India project and your role as representative of same. This termination is effective immediately.

Please be advised that you have no right to use any of the OLPC trademarks or logos. You may not hold yourself out as a representative of any OLPC entity. Any bank account in opened in the name of "One Laptop per Child" or in any similar name must be closed immediately.

**Payments/Reimbursements**. You will be paid for any pre-approved outstanding expenses reimbursable under Company policy upon receipt and approval of an appropriate expense report.

**Company Property and Personal Effects**. You acknowledge that you will return to the Company, by no later than the Separation Date, any and all Company property, including but not limited to any laptop computer, Company documents and files, and any other computer hardware, disks or files in your possession, custody or control, whether maintained by you at work or off-site, and any additional Company property.

**Continuing Obligations**. You are reminded that your obligations under the Nondisclosure and Development Agreement that you signed as a condition of your consulting agreement remain in full force and effect following the termination of this relationship.

OLPC thanks you for your contributions and wishes you all the best in your future endeavors.

Very truly yours,

*[signature]*

Rodrigo Arboleda
Chairman and CEO
One Laptop Per Child Association, Inc.

One Laptop per Child Association
848 Brickell Avenue, Suite 1130, Miami, FL 33131
Office: (305) 371 – 3755 / Fax: (305) 371 – 3757



**RELEASE**

      **Satish Jha** ("Consultant"), for good and valuable consideration provided to him by One Laptop Per Child, Inc. (the "Corporation"), does hereby fully release the Corporation, including all of its affiliated and related companies, and all of their past, present and future directors, members, officers, employees, agents and representatives, from any and all claims of every kind and nature whatsoever, known or unknown, arising out of Consultant's contract for services by and/or termination of the consulting contract by the Corporation or pursuant to any federal, state or local laws, regulations, executive orders or other requirements, including any claims arising out of any consulting services agreement entered into by Consultant and Corporation and any claims of discrimination based upon race, color, sex, age, religion, national or ethnic origin, sexual orientation, disability, handicap, status as a Vietnam Era Veteran, or any other protected classification.

      Consultant represents that Consultant has read this Release carefully and understands all of its provisions and that Consultant enters this Release and waives any claims knowingly and willingly.

      IN WITNESS WHEREOF, the said Satish Jha has caused this instrument of RELEASE to be executed and sealed on this _____ day of July 2012.

_____      _____
Witnessed:                                              Satish Jha