UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>             Plaintiff,<br><br>   v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>             Defendants. | Civil Action No. 14-cv-12269 |

## NOTICE OF APPEARANCE

Please enter the appearance of Terence P. McCourt of Greenberg Traurig, LLP as counsel for the Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda in the above-captioned matter.

                                    Respectfully submitted,

                                    ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA

                                    By their attorneys,

                                    /s/ Terence P. McCourt
                                    Terence P. McCourt (BBO # 555784)
                                    Greenberg Traurig, LLP
                                    One International Place
                                    Boston, MA 02110

Dated: July 22, 2014                    Telephone: (617) 310-6246
                                    Facsimile: (617) 279-8461
                                    mccourtt@gtlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 22, 2014.

                          /s/ Terence P. McCourt

*MIA 183993426v1*