UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>                Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>                Defendants. | Civil Action No. 14-cv-12269 |

## NOTICE OF APPEARANCE

Please enter the appearance of Justin F. Keith of Greenberg Traurig, LLP as counsel for the Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda in the above-captioned matter.

                                                                                Respectfully submitted,

                                                                                ONE LAPTOP PER CHILD
                                                                                ASSOCIATION, INC., ONE LAPTOP PER
                                                                                CHILD FOUNDATION, and
                                                                                RODRIGO ARBOLEDA

                                                                                By their attorneys,

Dated: July 22, 2014

                                                                                /s/ Justin F. Keith
                                                                                Terence P. McCourt (BBO # 555784)
                                                                                Justin F. Keith (BBO# 667953)
                                                                                Greenberg Traurig, LLP
                                                                                One International Place
                                                                                Boston, MA 02110
                                                                                Telephone: (617) 310-6000
                                                                                Facsimile: (617) 310-6001
                                                                                keithj@gtlaw.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 22, 2014.

                          /s/ Justin F. Keith

*MIA 183993063v1*