UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>        Plaintiff,<br><br>    v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>        Defendants. | Civil Action No. 14-cv-12269 |

**ASSENTED-TO MOTION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

Defendants, One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda by and through their undersigned counsel, hereby move to extend the time for Defendants to answer, move, or otherwise respond to the Complaint until August 22, 2014.

In support of this motion, Defendants state as follows:

1. Defendants' insurance carrier is in the process of completing its review of this matter and determination as to the coverage and defense of the case. Accordingly, Defendants require additional time for their insurance carrier to complete its review of the case prior to responding to the Complaint.

2. Plaintiff assents to this request.

WHEREFORE, Defendants respectfully request that the Court issue an order extending the deadline to respond to the Complaint until August 22, 2014.

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA

By their attorneys,

/s/ Justin F. Keith
Terence P. McCourt (BBO # 555784)
Justin F. Keith (BBO# 667953)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
mccourtt@gtlaw.com
Telephone: (617) 310-6249
Facsimile: (617) 279-8461
keithj@gtlaw.com
Telephone: (617) 310-6230
Facsimile: (617) 897-0930

DATED: July 22, 2014

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 22, 2014.

/s/ Justin F. Keith

*MIA 183993001v1*