**CERTIFICATE OF SERVICE**

     I, Robert J. Bonsignore, hereby certify that on this 30th day of July, 2014, the foregoing document was served upon counsel of record in the above matter, via the ECF system of the Court, and via first class mail for those parties not registered.

                                                     /s/ Robert J. Bonsignore  
                                                     Robert J. Bonsignore