**CERTIFICATE OF SERVICE**

    I, Robert J. Bonsignore, hereby certify that on this 5th day of August, 2014, the foregoing document was served upon counsel of record in the above matter, via the ECF system of the Court, and via first class mail for those parties not registered.

/s/ Robert J. Bonsignore
Robert J. Bonsignore