UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>       Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEGA,<br><br>       Defendants. | Civil Action No. 14-cv-12269 |

## NOTICE OF APPEARANCE

Matthew J. Frankel of Nixon Peabody LLP hereby enters his appearance as counsel for Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda in the above-captioned action and requests the service of all pleadings, orders, and notices in this case.

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,

By their attorneys,

Dated:  August 18, 2014

/s/ Matthew J. Frankel
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300
mfrankel@nixonpeabody.com

15100794.1

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2014.

                                          /s/ Matthew J. Frankel_____