UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>    Plaintiff,<br>  v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEGA,<br><br>    Defendants. | Civil Action No. 14-cv-12269 |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

Defendants, One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda (collectively, "Defendants") by and through their undersigned counsel, hereby move to extend the time for Defendants to answer, move, or otherwise respond to the Complaint until August 22, 2014.  In support of this request, Defendants state as follows:

1.    The undersigned defense counsel was retained to defend this case only last week, has not yet received the case file from predecessor counsel, and is just beginning the process of investigating the allegations in the Complaint and the underlying facts of this case.  Accordingly, defense counsel requires additional time to complete this process and prepare an educated response to the Complaint.

2.    Defense counsel communicated with Plaintiff's counsel by telephone on August 18, 2014, to inform him of their appearance in the case and to request Plaintiff's assent to an additional extension.  Plaintiff, through counsel, assented to an additional one month extension for Defendants to respond to the complaint and assented to Defendants' filing of this motion to request Court approval of the same.

1

WHEREFORE, Defendants respectfully request that the Court issue an order extending the deadline for Defendants to respond to the Complaint until and including September 22, 2014.

Respectfully Submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA

By their attorneys,

Dated: August 18, 2014                /s/ Matthew J. Frankel_____
Andrew B. Prescott (BBO# 551941)
Matthew J. Frankel (BBO# 664228)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000
Fax: (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2014.

                          /s/Matthew J. Frankel_____

15101997.1