## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

SATISH JHA,

    Plaintiff,

 v.

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEGA,

   Defendants.

Civil Action No. 14-cv-12269

## ERRATA REGARDING ASSENTED-TO MOTION FOR
## EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

   Counsel for Defendants, One Laptop Per Child Association, Inc., One Laptop Per Child Foundation,  and Rodrigo Arboleda (collectively, "Defendants") hereby gives notice that the Assented-to Motion for Extension of Time for Defendants to Respond to Complaint (Docket No. 16) contained an incorrect date in the first paragraph of the first page of the motion.  As correctly stated in the request for relief in the first paragraph on page 2 of the motion, Defendants request that the Court approve the parties' agreement to extend the deadline for Defendants to respond to the Complaint to and including September 22, 2014 (not August 22, 2014).  Counsel apologizes for the error.

Respectfully Submitted,

ONE LAPTOP PER CHILD ASSOCIATION,
INC., ONE LAPTOP PER CHILD FOUNDATION,
and RODRIGO ARBOLEDA


By their attorneys,

Dated: August 18, 2014 /s/ Matthew J. Frankel_____
 Andrew B. Prescott (BBO# 551941)
 Matthew J. Frankel (BBO# 664228)
 NIXON PEABODY LLP
 100 Summer Street
 Boston, MA 02110
 (617) 345-1000
 Fax: (617) 345-1300
 aprescott@nixonpeabody.com
 mfrankel@nixonpeabody.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2014.

                /s/Matthew J. Frankel_____