UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>            Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>            Defendants. | Civil Action No. 14-cv-12269 |

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Justin F. Keith of Greenberg Traurig, LLP as counsel for the Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, and Rodrigo Arboleda in the above-captioned matter.

.
                                                                                      Respectfully submitted,

                                                                                      ONE LAPTOP PER CHILD
                                                                                      ASSOCIATION, INC., ONE LAPTOP PER
                                                                                      CHILD FOUNDATION, and
                                                                                      RODRIGO ARBOLEDA

                                                                                      By their attorneys,

                                                                                      /s/ Justin F. Keith
                                                                                      Terence P. McCourt (BBO # 555784)
                                                                                      Justin F. Keith (BBO# 667953)
                                                                                      Greenberg Traurig, LLP
                                                                                      One International Place
Dated: August 18, 2014                                    Boston, MA 02110
                                                                                       Telephone: (617) 310-6000
                                                                                      Facsimile: (617) 310-6001
                                                                                      keithj@gtlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 18, 2014.

                                /s/ Justin F. Keith

*MIA 184037329v1*