UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SATISH JHA,

               Plaintiff,

      v.

ONE LAPTOP PER CHILD
ASSOCIATION, INC., ONE LAPTOP PER
CHILD FOUNDATION, and
RODRIGO ARBOLEDA,

           Defendants.

Civil Action No. 14-cv-12269

## NOTICE OF WITHDRAWAL

Please enter the withdrawal of Terence P. McCourt of Greenberg Traurig, LLP as counsel

for the Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation,

and Rodrigo Arboleda in the above-captioned matter.

Respectfully submitted,

ONE LAPTOP PER CHILD
ASSOCIATION, INC., ONE LAPTOP PER
CHILD FOUNDATION, and
RODRIGO ARBOLEDA

By their attorneys,

/s/ Terence P. McCourt
Terence P. McCourt (BBO # 555784)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
Telephone: (617) 310-6246
Facsimile: (617) 279-8461
mccourtt@gtlaw.com

Dated: August 18, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 18, 2014.

/s/ Terence P. McCourt

*MIA 184037337v1*