UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>        Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEGA,<br><br>        Defendants. | Civil Action No. 14-cv-12269-JGD |

# JOINT STATEMENT AND SCHEDULING ORDER
# PURSUANT TO LOCAL RULE 16.1

Plaintiffs and Defendants, having by their counsel conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, hereby submit the following Joint Statement in connection with the Rule 16 Scheduling Conference to be held on October 29, 2014 (the "Scheduling Conference").

    1.    **Matters To Be Discussed At Conference:**  The parties will appear at the October 29, 2014, Scheduling Conference prepared to discuss the following issues:  a) a proposed pre-trial schedule for the case; b) anticipated motions; c) discovery limits, and d) alternative dispute resolution and potential settlement.

    2.    **Pending Motions:**  There are no pending motions at this time.[1]

    3.    **Proposed Pretrial Schedule:**  The parties have agreed on the following dates within the below-listed pretrial schedule:

        (a)    Initial Disclosures:  Initial disclosures under Fed. R. Civ. P. 26(a) shall be completed on or before November 26, 2014;

---

[1] Plaintiff has discussed amending the complaint to add additional parties with the defendants. Plaintiff is presently gathering documents which would support such an amendment.

15185758.1

(b) <u>Fact Discovery Cut-Off</u>:  All fact discovery (including interrogatories, requests for admissions, document requests and depositions) shall be completed on or before June 30, 2015;

(c) <u>Expert Discovery</u>:  The parties agree to designate primary expert witnesses, if any, and to produce expert discovery required by Fed. R. Civ. P. 26, if any, by October 30, 2015.  The parties agree to designate counter/rebuttal experts, if any, and to produce expert discovery required by Fed. R. Civ. P. 26 relating to such counter/rebuttal experts, if any, by November 25, 2015.  All expert discovery, if any, shall be completed on or before December 11, 2015;

(d) <u>Motions</u>:

   (1) Any motions to amend the pleadings shall be filed on or before December 31, 2014;

   (2) Dispositive Motions shall be filed no later than December 18, 2015 and responded to within the time frame provided by the Federal Rules of Civil Procedure and applicable Local Rules; and

(e) <u>Pre-Trial Conference</u>.  The parties suggest a final pre-trial conference date of January 26, 2016 or as soon thereafter as is convenient for the Court.

4. **<u>Discovery Event Limitations:</u>**  The parties agree to abide by the discovery event limitations contained in Local Rule 26.1(C), with the following exceptions, which the parties respectfully request the Court reflect in its order:

- The limit of 25 requests for admissions propounded to each party shall not include requests for admissions used solely for the purpose of authenticating documents.

15185758.1

- Notwithstanding the limits agreed to by the parties, any party may file a motion requesting the Court's leave to propound additional written discovery requests or to take additional depositions for good cause shown.

5. **Trial by Magistrate Judge:**  The parties consent to trial by Magistrate Judge Judith Dein.

6. **Settlement:**  Plaintiffs have tendered their written settlement proposal to the Defendant as required by Rule 16.1(C) of the Local Rules of the United States District Court for the District of Massachusetts.

7. **Rule 16.1(D)(3) Certifications:**  The parties will separately file their certifications regarding consultation on litigation budgets and alternative dispute resolution as required by Local Rule 16.1(D)(3).

8. **Modification of the Schedule:**  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

15185758.1

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,

By their attorneys,

Dated: October 20, 2014  /s/ Matthew J. Frankel

Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com


SATISH JHA,

By his attorneys,

Dated: October 20, 2014  /s/ Robert J. Bonsignore

Robert J. Bonsignore (BBO #547880)
Bonsignore, LLC
193 Plurruner Hill Road
Belmont, NH 03220
Telephone: 781-856-7650
e-mail: rbonsignore@classactions.us

15185758.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 20, 2014.

/s/ Matthew J. Frankel

15185758.1