UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>    Defendants. | Civil Action No. 14-cv-12269-JGD |

### **DEFENDANTS' LOCAL RULE 16.1(d)(3) CERTIFICATION**

We, the undersigned, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Dated: October 20, 2014

Respectfully Submitted,

_____
Leah Shadle
Legal Counsel
OLPC, Inc.

Respectfully Submitted,

NIXON PEABODY LLP

/s/ Matthew J. Frankel
David S. Rosenthal, Esq. (BBO# 429260)
Matthew J. Frankel, Esq. (BBO# 664228)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Telephone: 617-345-1000
Facsimile: 617-345-1300
drosenthal@nixonpeabody.com
mfrankel@nixonpeabody.com

15185896.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 21, 2014.

/s/ Matthew J. Frankel

15185896.1