UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>        Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,<br><br>        Defendants. | Civil Action No. 14-cv-12269-JGD |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW come the parties in the above matter and hereby request this Honorable Court continue the Scheduling Conference scheduled for Wednesday, October 29, 2014 at 10:00 a.m.

As grounds therefore, counsel for Plaintiff states that he had emergency surgery performed on Friday, October 24, 2014 and requires a recovery time of at least two weeks. Counsel has conferred with counsel for Defendants and they assent to this request.

WHEREFORE, counsel for the parties hereby request a continuance of the Scheduling Conference to a date and time in early December, 2014.

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,

By their attorneys,

| | |
|---|---|
| Dated:  October 27, 2014 | /s/ Matthew J. Frankel |

Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com


SATISH JHA,

By his attorneys,

| | |
|---|---|
| Dated:  October 27, 2014 | /s/ Robert J. Bonsignore |

Robert J. Bonsignore (BBO #547880)
Bonsignore, LLC
193 Plummer Hill Road
Belmont, NH 03220
Telephone: 781-856-7650
rbonsignore@classactions.us

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 27, 2014.

                    /s/ Robert J. Bonsignore
                    Robert J. Bonsignore