UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| SATISH JHA,<br><br>      Plaintiff<br><br>v.<br><br>ONE LAPTOP PER CHILD, ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA<br><br>      Defendants | CIVIL ACTION NO. 14-cv-12269 |

## PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred:

a. with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

b. to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF, SATISH JHA
By his Attorney,

_____
Satish Jha, Plaintiff

/s/ Robert J. Bonsignore
Robert J. Bonsignore, BBO #547880
Bonsignore, LLC
193 Plummer Hill Road
Belmont, NH 03220
Telephone: 781-856-7650
e-mail: rbonsignore@classactions.us

Dated: December 10, 2014

**CERTIFICATE OF SERVICE**

I, Robert J. Bonsignore, hereby certify that on this 10th day of December, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

/s/ *Robert J. Bonsignore*
Robert J. Bonsignore