UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SATISH JHA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 14-12269-JGD |
| ONE LAPTOP PER CHILD | ) | |
| ASSOCIATION, INC., <u>et</u> <u>al.</u>, | ) | |
| | ) | |
|     Defendants. | ) | |

# **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. By **December 24, 2014**, the parties shall notify the court as to whether they agree to participate in mediation in May 2015 pursuant to this court's alternative dispute resolution ("ADR") program. The parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

2. The parties shall comply with the following deadlines:

   a. Any motions to amend the pleadings shall be filed by **December 31, 2014**.

   b. The parties shall complete all local fact discovery by **April 30, 2015**.

   c. As agreed, the parties shall comply with the discovery event limitations set forth in Local Rule 26.1(C), <u>except</u> that (i) the limit of 25 requests for admissions propounded to each party shall not include requests for admissions used solely for the purpose of authenticating documents; and (ii) any party may file a motion requesting leave to serve additional written

       discovery requests or to take additional depositions for good cause shown.

3.    The next status conference shall take place on **April 17, 2015 at 10:00 a.m.** in Courtroom #15 on the 5th floor.  At that time, the parties shall be prepared to discuss:

    (i)    the status of the case;
    (ii)    scheduling for the remainder of the case through trial; and
    (iii)    if no mediation has been scheduled, the use of ADR programs.

4.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 3 above.  With respect to the use of ADR, the parties shall indicate whether an agreement has been reached, but shall not identify their respective positions.

                                                        / s / Judith Gail Dein
                                                        Judith Gail Dein
DATED:  December 11, 2014                United States Magistrate Judge