# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

---

SATISH JHA
_____
*Plaintiff*

v.

Civil Action No.:
**1:14–CV–12269–JGD**

ONE LAPTOP PER CHILD ASSOCIATION INC., ET
AL.
_____
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Nicholas Negroponte
5 Willard Street
Cambridge, MA 02138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ―― or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ―― you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

Robert J. Bonsignore, Esq.
Bonsignore Trial Lawyers, PLLC
193 Plummer Hill Road
Belmont, NH 03220

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
_____
*CLERK OF COURT*

/s/ – Matthew Paine
_____
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2014–05–23 11:55:41.0**, Clerk USDC DMA

Civil Action No.: **1:14–CV–12269–JGD**

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Nicholas Negroponte_

was received by me on (date) _1/14/2015_ .

☑ I personally ~~served~~ POSTED the summons on the individual at (place) _5 Willard St_
_Cambridge MA 02138_ on (date) _1/20/2015_ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☑ Other (specify) : _A woman opened the window and confirmed that Nicholas Negroponte lived at this address. I then posted in a conspicuous manner to the front door_

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_1/22/2015_
Date

_Kenneth Ryan_
Server's Signature

_Kenneth Ryan, Process Server_
Printed name and title

_Boston Process Server LLC_
_607 Boylston St PMB 334-LL_
_Boston, MA 02116_
Server's Address

Additional information regarding attempted service, etc: