**CERTIFICATE OF SERVICE**

      I, Robert J. Bonsignore, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants on January 29, 2015.

                                                /s/ Robert J. Bonsignore
                                                Robert J. Bonsignore