UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>       Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEGA, and NICHOLAS NEGROPONTE<br><br>       Defendants. | Civil Action No. 14-cv-12269-JGD |

**JOINT STATUS CONFERENCE REPORT**

Plaintiff and Defendants, through their counsel, have conferred and hereby submit the following Joint Report in connection with the Status Conference to be held on April 15, 2015 (the "Status Conference").

    1.    **Matters To Be Discussed At Conference:** Pursuant to this Court's order dated December 11, 2014, the parties will appear at the April 15, 2015, Scheduling Conference prepared to discuss the following issues:

        i.    the status of the case;
        ii.   scheduling for the remainder of the case through trial; and
        iii.  if no mediation has been scheduled, the use of ADR programs.

    2.    **Case Status:** There are no pending motions at this time. The parties have exchanged over 4000 pages of documents. The parties continue to review these voluminous productions. Defendants have served on Plaintiff Interrogatories and Requests for Production, responses for which are due on April 20, 2015. Plaintiff's deposition was initially scheduled for April 23, 2015, but due to a scheduling conflict, will now be conducted in May or early June.

Following Plaintiff's deposition, Plaintiff will depose the Defendants and will seek to depose three additional non-party witnesses. Plaintiff has also served written discovery.

**Accordingly, the parties jointly request that the Court extend the deadline for completing "local" discovery to June 30, 2015, consistent with the proposed schedule set forth below.**

Following the completion of "local" discovery, the parties will revisit settlement in or about June or July 2015, including by participating in private mediation if informal settlement discussions prove fruitless. If the parties are unable to reach a settlement by July 2015, the parties will confer about the propriety and extent of any depositions in India, and will submit to the Court either a stipulation or one or more motion(s) thereon.

3. **Proposed Pretrial Schedule:** The parties have agreed on the following dates within the below proposed pretrial schedule:

    (a) <u>Initial Disclosures</u>: Initial disclosures have been completed, and the parties will continue to supplement those disclosures consistent with Rule 26.

    (b) <u>"Local" Fact Discovery Cut-Off</u>: The parties jointly request that the Court extend the deadline for completing "local" discovery to June 30, 2015.

    (c) <u>Deadline for Submission(s) to the Court Regarding Propriety and Extent of India-based Discovery</u>: July 31, 2015.

    (d) <u>Expert Discovery</u>: The parties agree to designate primary expert witnesses, if any, and to produce expert discovery required by Fed. R. Civ. P. 26, if any, by October 30, 2015. The parties agree to designate counter/rebuttal experts, if any, and to produce expert discovery required

by Fed. R. Civ. P. 26 relating to such counter/rebuttal experts, if any, by November 25, 2015. All expert discovery, if any, shall be completed on or before December 11, 2015.

(e) Motions:

(1) The deadline for amending the pleadings (December 31, 2014) has expired. Plaintiff has indicated that following discovery he may petition the Court for a further amendment. If Plaintiff seeks and is granted such amendment, resulting in additional or different claims or allegations, Defendants reserve the right to request that the Court permit further discovery relevant to such amendment.

(2) Dispositive Motions shall be filed no later than December 18, 2015 and responded to within the time frame provided by the Federal Rules of Civil Procedure and applicable Local Rules.

(f) Pre-Trial Conference. The parties suggest a final pre-trial conference date of January 26, 2016 or as soon thereafter as is convenient for the Court.

(g) Adjustment of Schedule Pending Putative India-Based Discovery: To the extent discovery in India is necessary and the Court permits it, or based on other litigation developments, an extension of time for discovery, motions, and pre-trial procedure may be appropriate, and in that event, the parties will make appropriate filings with the Court.

4. **Use of ADR:** The parties agree that if informal settlement discussions are unsuccessful, they will mediate this case before a private mediator in June or July 2015.

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,

By their attorneys,

Dated: April 10, 2015

/s/ *Matthew J. Frankel*

Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com


SATISH JHA,

By his attorneys,

Dated: April 10, 2015

/s/ *Robert J. Bonsignore*

Robert J. Bonsignore (BBO #547880)
Bonsignore, LLC
193 Plummer Hill Road
Belmont, NH 03220
Telephone: 781-856-7650
e-mail: rbonsignore@classactions.us

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2015.

/s/ *Matthew J. Frankel*

4825-9924-8675.1