UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SATISH JHA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 14-12269-JGD |
| ONE LAPTOP PER CHILD | ) | |
| ASSOCIATION, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

Following a status conference held on April 15, 2015 in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. As agreed, the parties shall complete all "local" fact discovery by **June 30, 2015**.

2. In the event the parties' efforts to mediate the dispute prove unsuccessful, the parties shall file a joint status report with the court by **July 31, 2015**. Therein, the parties shall address the propriety and extent of any India-based discovery. They shall also propose a schedule for the remainder of the case through trial, which shall include but not be limited to, the completion of any India-based discovery.

       / s / Judith Gail Dein
       Judith Gail Dein
DATED: April 16, 2014       United States Magistrate Judge