UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>            Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEGA, and NICHOLAS NEGROPONTE,<br><br>            Defendants. | Civil Action No. 14-cv-12269-JGD |

## PLAINTIFF'S ASSENTED-TO MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff Satish Jha, with the assent of Defendants, hereby respectfully moves for a modest extension of the existing case management deadlines as set forth in the Court's April 16, 2015, order.

To date, the Parties have expeditiously engaged in extensive discovery. Thousands of pages of documents have been exchanged; interrogatories have been propounded and responded to; and deposition dates in July and early August have been agreed-to and noticed. Due to travel and business conflicts, the parties had to reschedule Mr. Jha's deposition, which had been noticed for June 3, 2015, and Defendants' depositions, which had been tentatively scheduled for later in June, necessitating scheduling the later July and August dates.

The Court's April 16, 2015, order set a June 30, 2015, deadline to complete "local" discovery and a July 31, 2015 deadline to file a joint status report in the event that an anticipated July 2015 mediation did not resolve the case. Through this motion, Plaintiff, with Defendants' assent, seeks to extend these deadlines by approximately 45 days, i.e., to extend the "local"

discovery deadline to August 14, 2015, and the joint status report deadline to September 11, 2015. The parties anticipate mediating this matter in mid-to-late August.

    WHEREFORE, Plaintiff respectfully requests that the Court grant the requested extension of the discovery deadline to August 14, 2015 and the Joint Status Report to September 11, 2015. As noted, Defendants have assented to this motion.

Respectfully submitted,

SATISH JHA,

By his attorneys,

Dated: June 29, 2015

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore (BBO #547880)
Bonsignore Trial Lawyers, PLLC
193 Plummer Hill Road
Belmont, NH 03220
Telephone: 781-856-7650
rbonsignore@classactions.us

**CERTIFICATE OF SERVICE**

    I, Robert J. Bonsignore, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants on June 29, 2015.

                                                                      */s/ Robert J. Bonsignore*
                                                                      Robert J. Bonsignore