UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEGA, and NICHOLAS NEGROPONTE,<br><br>　　　　　　　Defendants. | Civil Action No. 14-cv-12269-JGD |

## DEFENDANTS' ASSENTED-TO MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, Rodrigo Arboleda, and Nicholas Negroponte, by and through their counsel, and with the assent of Plaintiff Satish Jha, hereby respectfully move for a modest extension of the existing case management deadlines as set forth in the Court's July 6, 2015, order. As explained below, this requested extension was necessitated by a death in the family of defense counsel.

To date, the Parties have expeditiously engaged in extensive discovery. After the initial scheduling conference on December 10, 2014, the parties exchanged initial disclosures in February 2015. Between March and June 2015, the parties exchanged thousands of pages of documents; propounded and responded to interrogatories; and scheduled initial deposition dates. Due to travel and business conflicts, however, the parties had to reschedule Mr. Jha's deposition, which had been noticed for June 3, 2015, and Defendants' depositions, which had been tentatively scheduled for later in June.

The parties agreed to firm deposition dates of July 23 (Satish Jha), July 24 (Rodrigo Arboleda), and August 7 (Nicholas Negroponte), and requested that the Court extend discovery

until August 14, 2015, to allow for these depositions.  The Court granted that request by order dated July 6, 2015.  Unfortunately, due to death in the family of defense counsel on July 21, 2015, the depositions scheduled for later that week had to be postponed.

The parties are diligently working toward scheduling new deposition dates in September or October 2015.  (The parties are unable to schedule depositions in August due to pre-existing litigation commitments on the part of counsel and the international travel plans of the parties.)  The parties also anticipate participating in mediation in October or November 2015.

The Court's July 6, 2015, order set an August 14, 2015, deadline to complete "local" discovery and a September 11, 2015, deadline to file a joint status report.  Through this motion, Defendants, with Plaintiff's assent, seek to extend these deadlines by approximately 75 days, i.e., to extend the "local" discovery deadline to October 30, 2015, and the joint status report due date to November 25, 2015.

WHEREFORE, Defendants respectfully request that the Court grant an extension of the discovery deadline to October 30, 2015 and the Joint Status Report due date to November 25, 2015.  As noted, Plaintiff has assented to this motion.

|  |  |
|---|---|
|  | ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA, |
|  | By their attorneys, |
| Dated:  August 14, 2015 | */s/ Matthew J. Frankel* <br> Andrew B. Prescott, (BBO# 551941) <br> Matthew J. Frankel, (BBO# 664228) <br> Nixon Peabody LLP <br> 100 Summer Street <br> Boston, MA 02110 <br> Telephone:  (617) 345-1000 <br> Facsimile:  (617) 345-1300 <br> aprescott@nixonpeabody.com <br> mfrankel@nixonpeabody.com |

**CERTIFICATE OF SERVICE**

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants, if any, on August 14, 2015.

*/s/ Matthew J. Frankel*

4822-3614-4678.1