UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SATISH JHA,

               Plaintiff,

    v.

ONE LAPTOP PER CHILD ASSOCIATION,
INC., ONE LAPTOP PER CHILD
FOUNDATION, RODRIGO ARBOLEDA,
and NICHOLAS NEGROPONTE,

               Defendants.

Civil Action No. 14-cv-12269-JGD

## JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND SET TERMS FOR COMPLETING LOCAL DISCOVERY

Plaintiff Satish Jha and Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, Rodrigo Arboleda, and Nicholas Negroponte, by and through their respective counsel, hereby respectfully move for an order modestly extending the existing case management deadlines as set forth in the Court's August 17, 2015, order [Dkt 42] and setting other terms for completing local discovery. As explained below, the parties have, to date, conducted extensive local discovery, but require more time to complete depositions and respond to outstanding discovery requests. As grounds for this motion, the parties stipulate and agree as follows:

1.      To date, the parties have engaged in extensive discovery. After the initial scheduling conference on December 10, 2014, the parties exchanged initial disclosures in February 2015. Between March and October 2015, the parties exchanged thousands of pages of documents; propounded and responded to interrogatories; and scheduled deposition dates.

2.      Due to business and travel conflicts and a death in the family of defense counsel, previously scheduled depositions were rescheduled for October 6 (Plaintiff Satish Jha), October

8 (Defendant Rodrigo Arboleda/Rule 30(b)(6), and October 21 (Defendant Nicholas Negroponte).

3.  At Mr. Jha's deposition October 6, it became clear that multiple days would be needed to complete his deposition, and that many categories of documents that had been duly requested by Defendants had not been produced. Mr. Jha agreed to continue his deposition and to continue to search for additional documents. Mr. Jha's deposition was conducted over the better part of October 6 and October 8.

4.  After these two days of Mr. Jha's deposition, the parties agreed (i) to continue and complete Mr. Jha's deposition at a later date following the supplementation of his document production; and (ii) to postpone the depositions of Mr. Arboleda/30(b)(6) and Mr. Negroponte to later dates. The parties also intend to explore private mediation of this case following the completion of local discovery. Stipulations to this effect were placed on the record at Mr. Jha's deposition sessions on October 6 and October 8, 2015.

5.  The Court's August 17, 2015, order set an October 30, 2015, deadline to complete local discovery and a November 25, 2015, deadline to file a joint status report. Through this motion, the parties seek to extend these deadlines by approximately 120 days, i.e., to extend the local discovery deadline to March 1, 2016, and the joint status report due date to March 15, 2016.

WHEREFORE, the parties jointly and respectfully request that the Court ENTER the following proposed ORDER:

(A)  The local discovery deadline is extended to March 1, 2016.

(B)  The Joint Status Report due date is extended to March 15, 2016.

(C)     The depositions of Defendant Rodrigo Arboleda/30(b)(6) and Defendant Nicholas Negroponte will go forward in December 2015 or January 2016, on such dates upon which the parties agree.

(D)     The deposition of Plaintiff Satish Jha will be completed on or before the discovery deadline, on such date(s) upon which the parties agree.

(E)     No later than two weeks prior to the date Mr. Jha's deposition recommences, Mr. Jha shall produce all documents in his possession, custody, or control that are responsive to Defendants First, Second, and Third Sets of Requests for Production of Documents, including those documents listed in defense counsel's letter of October 28, 2015, all of which are collectively attached hereto as Exhibit A.  Although Mr. Jha is obligated to diligently search for and produce any documents identified in defense counsel's letter of October 28, 2015, that he has in his possession, custody, or control, nothing in this paragraph shall be construed to mean that Mr. Jha agrees with the contents of the letter.

IT IS SO STIPULATED.

| | |
|---|---|
| SATISH JHA | ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE |
| By his attorneys, | By their attorneys, |
| /s/ Robert J. Bonsignore | /s/ Matthew J. Frankel |
| ROBERT J. BONSIGNORE, ESQ. | Andrew B. Prescott, (BBO# 551941) |
| Bonsignore, LLC | Matthew J. Frankel, (BBO# 664228) |
| 3771 Meadowcrest Drive | Nixon Peabody LLP |
| Las Vegas, Nevada 89121 | 100 Summer Street |
| Telephone: (781) 856-7650 | Boston, MA 02110 |
| rbonsignore@classactions.us | Telephone: (617) 345-1000 |
| | Facsimile: (617) 345-1300 |
| | aprescott@nixonpeabody.com |
| | mfrankel@nixonpeabody.com |

PURSUANT TO STIPULATION AND
GOOD CAUSE APPEARING, IT IS SO ORDERED.

_____          _____
U.S. Magistrate Judge Judith Dein          Date


### CERTIFICATE OF SERVICE

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's

ECF system and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those

indicated as non-registered participants, if any, on October 30, 2015.


*/s/ Matthew J. Frankel*

4818-6596-6890.5