UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>        Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE<br><br>        Defendants | Civil Action No. 14-cv-12269 |

## NOTICE OF APPEARANCE

Alex Desrosiers of Nixon Peabody LLP hereby enters his appearance as counsel for Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, Rodrigo Arboleda and Nicholas Negroponte in the above-captioned action and requests the service of all pleadings, orders, and notices in this case.

Respectfully submitted,

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, and RODRIGO ARBOLEDA,

By their attorneys,

Dated: January 26, 2016

/s/ Alex Desrosiers
Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Alex Desrosiers, (BBO# 692340)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com
adesrosiers@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 26, 2016.

/s/ Alex Desrosiers

4813-5138-7437.1