UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSSETTS

| | |
|---|---|
| SATISH JHA, | ) |
| Plaintiff, | ) CIVIL ACTION NO. 14-cv-12269 |
| v. | ) |
| ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO AMEND AND FILE AMENDED COMPLAINT**

NOW COMES Plaintiff in the above-captioned civil action and, pursuant to Rule 15 of the Federal Rules of Civil Procedure, moves this Honorable Court for leave to amend the operative Complaint for the purpose of filing an Amended Complaint that adds the counts of Fraudulent Inducement, Intentional Interference with Contractual Relations and Defamation and Slander.

On January 22, 2016, the deposition of Rodrigo Arboleda took place. On January 26, 2016, the deposition of Nicholas Negroponte took place. Rodrigo Arboleda was also produced as the most knowledgeable person for OLPC Foundation and OLPC Inc. In support of the amendment, Plaintiff states that during discovery, including the deposition of the named parties additional facts have come to light since the initial filing of the complaint. Plaintiff also relies upon the new facts his proposed Second Amended Complaint, filed herewith.

WHEREFORE, and for reasons stated, Plaintiff respectfully requests that this Honorable Court grant him leave to amend the current operative Complaint. A copy of the proposed amended complaint is attached hereto as Attachment "A".

Dated: February 26, 2016

Respectfully submitted,

PLAINTIFF SATISH JHA
By his Attorney,

*/s/ Robert J. Bonsignore*
Robert J. Bonsignore, BBO #547880
Bonsignore Trial Lawyers, PLLC
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: (781) 350-0000
Cell: (781) 856-7650
E-mail:  rbonsignore@classactions.us

**CERTIFICATE OF SERVICE**

      I, Robert J. Bonsignore, hereby certify that on this 26th day of February 2016, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will be forwarded via first class mail, postage prepaid, to those parties not electronically registered.

                                                        */s/ Robert J. Bonsignore*
                                                        Robert J. Bonsignore