UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>       Plaintiff,<br><br>  v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION,<br>INC., ONE LAPTOP PER CHILD<br>FOUNDATION, RODRIGO ARBOLEDA,<br>and NICHOLAS NEGROPONTE,<br><br>       Defendants. | Civil Action No. 14-cv-12269-JGD |

## JOINT MOTION TO POSTPONE BRIEFING ON PLAINTIFF'S MOTION TO AMEND COMPLAINT PENDING MEDIATION AND [PROPOSED] ORDER

All parties, by and through their respective counsel, hereby respectfully and jointly move for an order postponing further briefing on Plaintiff's Motion to Amend Complaint [Dkt 48], filed on February 26, 2016. As grounds for this motion and requested order, the parties state as follows:

1.      Plaintiff filed a Motion to Amend Complaint along with a proposed Second Amended Complaint on February 26, 2016.

2.      Pursuant to Local Rule, Defendants' deadline to file a memorandum in opposition to that motion is March 11, 2016.

3.      Following depositions in Miami and Boston on March 4, 8, and 9, the parties' counsel broached potential settlement. Based on these discussions, the parties believe that alternative dispute resolution may be a viable alternative to continued litigation at this time.

4.      Accordingly, the parties have committed to privately mediate this matter in early-to-mid-April and are finalizing the selection of a mediator and setting a date certain for such mediation.

5.      In the interim, the parties seek to avoid the expense and inconvenience of further briefing Plaintiff's Motion to Amend and the possibility that litigation of a contested motion might hamper settlement efforts.

6.      Accordingly, the parties hereby stipulate that, and request that the Court allow, (i) Defendants to file an opposition to Plaintiff's Motion to Amend within two weeks following the conclusion of mediation (assuming it does not result in settlement); and (ii) Plaintiff to file a reply brief, if any, within one week following Defendant's filing of an opposition.

7.      Once the mediation is scheduled, Defendants shall file a notice providing the Court with the date of the mediation and the concomitant deadline for Defendants' opposition to Plaintiff's Motion to Amend, so that the Court can mark its calendar accordingly.

WHEREFORE, the parties jointly and respectfully request that the Court ENTER the following proposed ORDER:

(A)      The deadline for Defendants to file an opposition to Plaintiff's Motion to Amend (Dkt 48) will be two weeks following the date of the parties' private mediation in April 2016 (assuming such mediation does not result in settlement).

(B)      Once the parties set a date certain for the mediation, Defendants shall file a notice providing the Court with that date and the concomitant deadline for their opposition to Plaintiff's Motion to Amend.

(C)      The deadline for Plaintiff to file his reply brief, if any, will be one week following the date Defendants file an opposition to Plaintiff's Motion to Amend.

IT IS SO STIPULATED.

SATISH JHA

ONE LAPTOP PER CHILD ASSOCIATION,
INC., ONE LAPTOP PER CHILD
FOUNDATION, RODRIGO ARBOLEDA,
and NICHOLAS NEGROPONTE

By his attorneys,

By their attorneys,

/s/ Robert J. Bonsignore_____
Robert J. Bonsignore, Esq.
Lisa Sleboda, Esq.
Bonsignore, LLC
3771 Meadowcrest Drive
Las Vegas, Nevada 89121
Cell (781) 856-7650
Office:  (781) 350-0000
Facsimile:  (702) 852-5726
rbonsignore@classactions.us
lsleboda@classactions.us

/s/ Matthew J. Frankel_____
Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com

PURSUANT TO STIPULATION AND
GOOD CAUSE APPEARING, IT IS SO ORDERED.

_____        _____
U.S. Magistrate Judge Judith Dein                    Date

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants, if any, on March 10, 2016.


*/s/ Matthew J. Frankel*


4816-2760-4271.2