UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>            Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE,<br><br>            Defendants. | Civil Action No. 14-cv-12269-JGD |

## NOTICE OF MEDIATION AND MOTION BRIEFING DATES; JOINT STATUS REPORT

All parties, by and through their respective counsel, hereby respectfully provide the Court with the following status report and notices:

1. Pursuant to the Court's March 11 electronic order [Dkt 50], the parties hereby provide NOTICE to the Court that they have scheduled mediation with the Honorable William I. Cowin (ret.) at JAMS in Boston on April 11, 2016.

2. Accordingly, the parties further provide NOTICE pursuant to their stipulated motion [Dkt 49] and the Court's March 11 electronic order [Dkt 50] that, absent settlement, Defendants' opposition to Plaintiff's motion to amend complaint [Dkt 48] will be due April 25, 2016, and any reply by Plaintiff will be due May 2, 2016.

3. Local (domestic) discovery closed on March 1, 2016. Pursuant to the Court's March 11, 2016, electronic order [Dkt 50] granting the parties' stipulated motion [Dkt 47], the parties completed several third party depositions between March 4 and March 9, 2016. The parties have agreed to defer the completion of Plaintiff's deposition pending the mediation. Absent settlement, the parties have agreed to complete Plaintiff's deposition in April 2016.

4. In the event the parties are unable to resolve the case, they anticipate that, in addition to Plaintiff's motion to amend complaint [Dkt 48], the Court may need to address unresolved discovery disputes, whether to what extent discovery in India should be permitted, and/or dispositive motion(s), among other potential issues.

5. The parties respectfully suggest that following the mediation, and no later than April 25, they submit a joint statement to the Court indicating whether settlement has been reached or is likely to be reached shortly, or, alternatively, requesting a status hearing to address these issues and to set schedule for any anticipated motions. In the event such a status hearing is necessary, the parties respectfully suggest it be scheduled in early or mid-May 2016.

Respectfully submitted,

| | |
|---|---|
| SATISH JHA | ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE |
| By his attorneys, | By their attorneys, |
| /s/ Robert J. Bonsignore<br>Robert J. Bonsignore, Esq.<br>Lisa Sleboda, Esq.<br>Bonsignore, LLC<br>3771 Meadowcrest Drive<br>Las Vegas, Nevada 89121<br>Cell (781) 856-7650<br>Office: (781) 350-0000<br>Facsimile: (702) 852-5726<br>rbonsignore@class-actions.us<br>lsleboda@class-actions.us | /s/ Matthew J. Frankel<br>Andrew B. Prescott, (BBO# 551941)<br>Matthew J. Frankel, (BBO# 664228)<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>aprescott@nixonpeabody.com<br>mfrankel@nixonpeabody.com |

**<u>CERTIFICATE OF SERVICE</u>**

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants, if any, on April 4, 2016.

*/s/ Matthew J. Frankel*

4852-1236-0240.4