UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>          Plaintiff,<br><br>     v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE,<br><br>          Defendants. | Civil Action No. 14-cv-12269-JGD |

## NOTICE OF CONFIDENTIAL SETTLEMENT

All parties, by and through their respective counsel, hereby provide the Court with NOTICE that they have reached a confidential settlement that will resolve this matter and result in its dismissal with prejudice. The parties' counsel are in the process of documenting the settlement, which they anticipate will take several weeks to complete. Once complete, the parties anticipate filing a Rule 41(a)(1)(A)(ii) stipulation of dismissal with prejudice. The parties respectfully request that the Court defer all other litigation deadlines and events pending the submission of such dismissal stipulation.

Respectfully submitted,

| | |
|---|---|
| SATISH JHA | ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE |
| By his attorneys, | By their attorneys, |
| */s/ Robert J. Bonsignore*_____ <br> Robert J. Bonsignore, Esq. <br> Lisa Sleboda, Esq. <br> Bonsignore, LLC <br> 3771 Meadowcrest Drive <br> Las Vegas, Nevada 89121 <br> Office:  (781) 350-0000 <br> Facsimile:  (702) 852-5726 <br> rbonsignore@class-actions.us <br> lsleboda@class-actions.us | */s/ Matthew J. Frankel* <br> Andrew B. Prescott, (BBO# 551941) <br> Matthew J. Frankel, (BBO# 664228) <br> Nixon Peabody LLP <br> 100 Summer Street <br> Boston, MA 02110 <br> Telephone:  (617) 345-1000 <br> Facsimile:  (617) 345-1300 <br> aprescott@nixonpeabody.com <br> mfrankel@nixonpeabody.com |

## **CERTIFICATE OF SERVICE**

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants, if any, on April 25, 2016.

*/s/ Matthew J. Frankel*

4832-8802-7697.1