UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SATISH JHA,<br><br>Plaintiff,<br><br>v.<br><br>ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE,<br><br>Defendants. | Civil Action No. 14-cv-12269-JGD |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Satish Jha and Defendants One Laptop Per Child Association, Inc., One Laptop Per Child Foundation, Rodrigo Arboleda, and Nicholas Negroponte, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and fees, and with waiver of any right of appeal.

IT IS SO STIPULATED.

SATISH JHA

By his attorneys,

/s/ Robert J. Bonsignore __________

Robert J. Bonsignore, Esq.
Lisa Sleboda, Esq.
Bonsignore, LLC
3771 Meadowcrest Drive
Las Vegas, Nevada 89121
Office: (781) 350-0000
Facsimile: (702) 852-5726
rbonsignore@class-actions.us
lsleboda@class-actions.us

Dated: June 8, 2016

ONE LAPTOP PER CHILD ASSOCIATION, INC., ONE LAPTOP PER CHILD FOUNDATION, RODRIGO ARBOLEDA, and NICHOLAS NEGROPONTE

By their attorneys,

/s/ Matthew J. Frankel

Andrew B. Prescott, (BBO# 551941)
Matthew J. Frankel, (BBO# 664228)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
aprescott@nixonpeabody.com
mfrankel@nixonpeabody.com

Dated: June 8, 2016

**CERTIFICATE OF SERVICE**

I, Matthew J. Frankel, hereby certify that this document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants, if any, on June 8, 2016.

/s/ Matthew J. Frankel

4811-3289-9889.1